B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Viva Wayer__,   Case No. __21-12965__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
**Name of Transferee**

Freedom Mortgage Corporation
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888-699-5600
Last Four Digits of Acct #: 9873

Court Claim # (if known): 11
Amount of Claim: $259,701.97
Date Claim Filed: 01/13/2022

Phone: 317-537-3005
Last Four Digits of Acct. #: 8402

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-699-5600
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti-Gonsalves   Date: 06/15/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

April 18, 2022

------ manifest line ---------
VIVA M WAYER
10609S TRIPP AVE
OAK LAWN, IL  60453

**Account Information**
**Your New Rushmore Loan Number:**

**Property Address:**
**10609 S Tripp Ave Oak Lawn IL 60453**

Dear Viva M Wayer:

Welcome to Rushmore Loan Management Services LLC (Rushmore)!

This letter includes important information about the transfer of servicing of your mortgage loan, interacting with us, managing your payments, and setting up online or mobile app access for convenient account management. We look forward to meeting your loan servicing needs.

The servicing of your mortgage loan was transferred, effective 04/11/2022. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Rushmore is now collecting your payments. Freedom Mortgage Corporation stopped accepting payments received from you after 04/11/2022. Rushmore will collect your payments going forward and will start accepting payments received from you on 04/11/2022. Payments made to Freedom Mortgage Corporation before 04/11/2022 will be applied to your loan or forwarded to Rushmore.

If you have any questions for either your present servicer, Freedom Mortgage Corporation, or your new servicer, Rushmore, about your mortgage loan or this transfer, please contact them using the information below:

| |
|---|
| **PRIOR SERVICER** |
| Freedom Mortgage Corporation
P.O. Box 50485
Indianapolis, IN 46250
Customer Service Department
855-690-5900
Monday - Friday 8:00 am - 10:00 pm and Saturday 9:00 am - 6:00 pm EST |
| **CURRENT SERVICER** |
| Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618
Customer Care Department
(888) 504-6700
Mon - Thurs 6:00 am to 7:00 pm and Friday 6:00 am to 6:00 pm PT. |

NMLS ID: 185729

**Important Note about Mortgage Life or Disability Insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way:

Rushmore does not collect and remit any type of optional insurance to your insurance company. Any premiums for any such optional policy that was being collected and remitted by your previous servicer will be discontinued by Rushmore as of the effective date of the transfer of servicing. If you wish to retain such optional insurance, you should contact your optional product service provider about your ability to continue such insurance and how to make premium payments.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by the new servicer as late, and a late charge fee may not be assessed.

The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan. The most important things that change regarding the servicing of your mortgage are the account number, how and to whom payments are made, and how to access your account online or over the phone.

| About your payments |
|---|
| Rushmore starts accepting payments for your loan on 04/11/2022.<br><br>Payments made to Freedom Mortgage Corporation before 04/11/2022 will be applied to your loan or forwarded to Rushmore.<br><br>Freedom Mortgage Corporation was unable to transfer your automatic recurring payments to Rushmore. To set up automatic recurring payments from your bank visit MyRushmoreLoan.com to get set up. See Online Account Access information below for more information.<br><br>In addition, your prior servicer should also notify your homeowner's insurance company to update the mortgagee clause on your policy to reflect Rushmore. We recommend checking with your insurance company to verify the update has been made.<br><br>If you set up online Bill Payment with your bank, please update the payee information to Rushmore at:<br>    Rushmore Loan Management Services LLC<br>    P.O. Box 514707<br>    Los Angeles, CA 90051-4707 |

**Online Account Access**

**Important note:** If you entered into an approved loss mitigation plan with your prior loan servicer, or if you had a loss mitigation application in process with your prior servicer, please call Rushmore immediately, toll-free, at 844-248-8169. Together we can confirm your loss mitigation plan information, or application and documentation, were properly transferred to Rushmore.

We encourage you to keep a copy of this letter. A digital copy is available in our online Documents center at MyRushmoreLoan.com. If you need to reach us for any matter please see the quick reference chart below.

We're happy to have you as a customer and look forward to serving you.

Sincerely,

Customer Care Department
Rushmore Loan Management Services LLC